

# Circuit Clerk
## 5th Judicial Circuit
### Tallapoosa County, Alabama

Frank Lucas
Clerk, Circuit Court
West Division
P. O. Box 189
Alexander City, AL  35010
(205) 234-4361

Clerk, Circuit Court
East Division
Tallapoosa County Courthouse
Dadeville, AL  36853
(205) 825-1098

STATE OF ALABAMA

TALLAPOOSA COUNTY

ALEXANDER CITY

I, Frank Lucas, Clerk of the Circuit and District Courts of Tallapoosa County, Alabama, do hereby certify that the following is a true and correct copy of ___CV-04-06.80 Leverett, etc. vs Merck & Co., Inc.,_ etc. _____, as the same appears of record and on file in my office in Alexander City, Alabama.

Witness my hand and seal of the Circuit Court of Tallapoosa County, Alabama, this the __24rd__ day of _____May_____ __2006__.

_____
CLERK OF THE CIRCUIT AND DISTRICT COURT
TALLAPOOSA COUNTY, ALABAMA

EXHIBIT
B

```
 AVSO351                                                         CV 2006 000004.80
                                                         JUDGE: ASSIGNED JUDGE
 ------------------------------------------------------------------------------
                        ALABAMA JUDICIAL DATA CENTER
                            CASE ACTION SUMMARY
                               CIRCUIT CIVIL
 ------------------------------------------------------------------------------
  IN THE CIRCUIT   COURT OF TALLAPOOSA     COUNTY

    ROSEMARY LEVERETT, INDIVIDUALLY, ETC. VS MERCK & CO.  INC.  ETC., ETAL
  FILED:  03/17/2006 TYPE: BAD FAITH/FRAUD/MISR TYPE TRIAL: JURY       TRACK:
 ******************************************************************************
  DATE1:            CA:                    CA DATE:
  DATE2:            AMT:            $.00   PAYMENT:
  DATE3:
 ******************************************************************************
  PLAINTIFF   001: LEVERETT ROSEMARY, INDIVIDUALLY, ETC.
                                            ATTORNEY: BIRCHFIELD ANDY D JR
                                            BIR006    BEASLEY ALLEN CROW METH
                     , AL  00000-0000                 P O BOX 4160
                     PHONE: (256)000-0000             MONTGOMERY, AL  36103
  ENTERED:   01/05/2006 ISSUED:            TYPE:                 (334)269-2343
  SERVED:               ANSWERED:          JUDGEMENT:

                                                      SIZEMORE JAMES PAUL
                                                      P. O. BOX 4160

                                                      MONTGOMERY, AL  36103
                                                                 (334)269-2343

                                                      SIMS LOUIE LEE JR
                                                      126 NORTH BROADMAX STRE

                                                      DADEVILLE, AL  36853
                                                                 (256)825-9310

                                                      SHARPE ELDON DAINE
                                                      134 N BROADNAX STREET

                                                      DADEVILLE, AL  36853
                                                                 (205)825-4631
 ------------------------------------------------------------------------------
  PLAINTIFF   002: LEVERETT ROSEMARY, AS EXECUTRIX OF THE ESTATE
                   OF HUGH ROBERT LEVERETT, ATTORNEY: BIRCHFIELD ANDY D JR
                   DECEASED                 BIR006    BEASLEY ALLEN CROW METH
                     , AL  00000-0000                 P O BOX 4160
                     PHONE: (256)000-0000             MONTGOMERY, AL  36103
  ENTERED:   01/05/2006 ISSUED:            TYPE:                 (334)269-2343
  SERVED:               ANSWERED:          JUDGEMENT:

                                                      SIZEMORE JAMES PAUL
                                                      P. O. BOX 4160

                                                      MONTGOMERY, AL  36103
                                                                 (334)269-2343

                                                      SIMS LOUIE LEE JR
                                                      126 NORTH BROADMAX STRE

                                                      DADEVILLE, AL  36853
                                                                 (256)825-9310
 ------------------------------------------------------------------------------
  DEFENDANT   001: MERCK & CO., INC.
                   THE CORPORATION COMPANY  ATTORNEY: HARGROVE ALAN THOMAS JR
                   2000 INTERSTATE PK DR-204 HAR236   184 COMMERCE ST.
                   MONTGOMERY, AL  36109-0000         POST OFFICE BOX 270
                     PHONE: (256)000-0000             MONTGOMERY, AL  36101
  ENTERED:   01/05/2006 ISSUED:  01/06/2005 TYPE:   CERTIFIED   (334)206-3100
  SERVED:    01/10/2006 ANSWERED:          JUDGEMENT:
 ------------------------------------------------------------------------------
 SAW    05/24/2006                                              CV 2006 000004.80
```

```
------------------------------------------------------------------------
AVSO351                                               CV 2006 000004.80
                                          JUDGE: ASSIGNED JUDGE
------------------------------------------------------------------------
                     ALABAMA JUDICIAL DATA CENTER
                         CASE ACTION SUMMARY
                            CIRCUIT CIVIL
------------------------------------------------------------------------
 IN THE CIRCUIT  COURT OF TALLAPOOSA       COUNTY
  ROSEMARY LEVERETT, INDIVIDUALLY, ETC. VS MERCK & CO., INC. ETC., ETAL
  FILED:  03/17/2006 TYPE: BAD FAITH/FRAUD/MISR TYPE TRIAL: JURY  TRACK:
************************************************************************
 DATE1:            CA:                   CA DATE:
 DATE2:            AMT:         $.00     PAYMENT:
 DATE3:
************************************************************************
                                          BROCK MIKE
                                          P O BOX 270

                                          MONTGOMERY, AL  36101
                                              (334)834-8480

                                          MORRISS F CHADWICK
                                          RUSHTON STAKELY JOHNSTO
                                          P O BOX 270
                                          MONTGOMERY, AL  36101
                                              (334)206-3262
------------------------------------------------------------------------
 DEFENDANT   002: BRANDON ANNE
                  7 LAUDERHILL                ATTORNEY:

                  TUSCALOOSA, AL  35406-0000
                  PHONE: (256)000-0000
 ENTERED:   01/05/2006 ISSUED:   01/06/2005 TYPE:      CERTIFIED
 SERVED:    01/13/2006 ANSWERED:              JUDGEMENT:
------------------------------------------------------------------------
 DEFENDANT   003: RUSSELL LAMONDE
                  102 AMANDA PLACE            ATTORNEY:

                  PELHAM, AL  35124-0000
                  PHONE: (256)000-0000
 ENTERED:   01/05/2006 ISSUED:   01/06/2005 TYPE:      CERTIFIED
 SERVED:               ANSWERED:              JUDGEMENT:
------------------------------------------------------------------------

   03/17/2006    CASE REMANDED FROM THE MIDDLE DISTRICT COURT
   03/20/2006    FILED THIS DATE: 03/17/2006                  (AV01)
   03/20/2006    ASSIGNED TO JUDGE: ASSIGNED JUDGE            (AV01)
   03/20/2006    JURY TRIAL REQUESTED                         (AV01)
   03/20/2006    CASE ASSIGNED STATUS OF: DISPOSED            (AV01)
   03/20/2006    ORIGIN: INITIAL FILING                       (AV01)
   03/20/2006    LEVERETT ROSEMARY, INDIVIDUALLY, ETC. ADDED AS C00
   03/20/2006    LISTED AS ATTORNEY FOR C001: BIRCHFIELD ANDY D JR
   03/20/2006    LISTED AS ATTORNEY FOR C001: SIZEMORE JAMES PAUL
   03/20/2006    MERCK & CO., INC. ADDED AS D001              (AV02)
   03/20/2006    LISTED AS ATTORNEY FOR D001: HARGROVE ALAN THOMAS
   03/20/2006    LISTED AS ATTORNEY FOR D001: BROCK MIKE      (AV02)
------------------------------------------------------------------------
SAW   05/24/2006                                      CV 2006 000004.80
```

```
 AVSO351                                                      CV 2006 000004.80

                                                     JUDGE: ASSIGNED JUDGE
                          ALABAMA JUDICIAL DATA CENTER
                               CASE ACTION SUMMARY
                                  CIRCUIT CIVIL

  IN THE CIRCUIT COURT OF TALLAPOOSA     COUNTY
  ROSEMARY LEVERETT, INDIVIDUALLY, ETC. VS MERCK & CO., INC., ETC., ETAL
  FILED:  03/17/2006 TYPE: BAD FAITH/FRAUD/MISR TYPE TRIAL: JURY    TRACK:
 ****************************************************************************
 DATE1:           CA:               CA DATE:
 DATE2:           AMT:        $.00  PAYMENT:
 DATE3:
 ****************************************************************************
   03/20/2006     LISTED AS ATTORNEY FOR D001: MORRISS F CHADWICK
   03/20/2006     CERTIFIED MAI ISSUED: 01/06/2005 TO D001    (AV02)
   03/20/2006     SERVICE OF CERTIFIED MAI ON 01/10/2006 FOR D001
   03/20/2006     LEVERETT ROSEMARY, AS EXECUTRIX OF THE ESTATE ADDE
   03/20/2006     LISTED AS ATTORNEY FOR C002: BIRCHFIELD ANDY D JR
   03/20/2006     LISTED AS ATTORNEY FOR C002: SIZEMORE JAMES PAUL
   03/20/2006     BRANDON ANNE ADDED AS D002                  (AV02)
   03/20/2006     CERTIFIED MAI ISSUED: 01/06/2005 TO D002    (AV02)
   03/20/2006     SERVICE OF CERTIFIED MAI ON 01/13/2006 FOR D002
   03/20/2006     RUSSELL LAMONDE ADDED AS D003               (AV02)
   03/20/2006     CERTIFIED MAI ISSUED: 01/06/2005 TO D003    (AV02)
   04/12/2006     LISTED AS ATTORNEY FOR C001: SIMS LOUIE LEE JR
   04/12/2006     LISTED AS ATTORNEY FOR C002: SIMS LOUIE LEE JR
   04/14/2006     LISTED AS ATTORNEY FOR C001: SHARPE ELDON DAINE
   04/18/2006     D001'S CROSS-NOTICE OF PLTFS' VIDEO DEPO OF
   04/18/2006     CHARLOTTE MCKINES
   05/04/2006     MERCK & CO., INC.'S CROSS-NOTICE OF PLTFS'
   05/04/2006     VIDEO DEPO OF HUI QUAN, ALAN NIES AND
   05/04/2006     LAURA DEMOPOULOS
   05/05/2006     MERCK & CO., INC'S FIRST SET OF INTERROGATORIES
   05/05/2006     AND FIRST SET OF REQUESTS FOR PRODUCTION TO PLTF
   05/17/2006     MERCK & CO., INC.'S AMENDED CROSS-NOTICE OF
   05/17/2006     PLTFS' VIDEO DEPO OF HUI QUAN, PH.D.
   05/17/2006     NOTICE OF CANCELLATION OF CROSS-NOTICED DEPO
   05/17/2006     OF ALAN NIES, M.D.
   05/23/2006     PLTF'S FIRST SET OF REQUEST FOR ADMISSIONS
   05/23/2006     TO DEFT- MERCK & CO., INC.
 SAW    05/24/2006                                            CV 2006 000004.80
```

```
--------------------------------------------------------------------------
 AVSO351                                              CV 2006 000004.00

                                              JUDGE: ASSIGNED JUDGE
--------------------------------------------------------------------------
                       ALABAMA JUDICIAL DATA CENTER
                           CASE ACTION SUMMARY
                              CIRCUIT CIVIL
--------------------------------------------------------------------------
   IN THE CIRCUIT   COURT OF TALLAPOOSA      COUNTY

    ROSEMARY LEVERETT, INDIVIDUALLY, ETC. VS MERCK & CO., INC., ETC., ETAL
  FILED:  01/05/2006 TYPE: BAD FAITH/FRAUD/MISR TYPE TRIAL: JURY    TRACK:
 **************************************************************************
  DATE1:              CA:   RMVL FED COURT   CA DATE:  02/09/2006
  DATE2:              AMT:                   $.00  PAYMENT:
  DATE3:
 **************************************************************************
  PLAINTIFF   001: LEVERETT ROSEMARY, INDIVIDUALLY, ETC.
                                          ATTORNEY: BIRCHFIELD ANDY D JR
                                          BIR006     BEASLEY ALLEN CROW METH
                 , AL   00000-0000                   P O BOX 4160
                   PHONE: (256)000-0000              MONTGOMERY, AL   36103
  ENTERED:  01/05/2006 ISSUED:            TYPE:            (334)269-2343
  SERVED:              ANSWERED:                    JUDGEMENT: 02/09/2006

                                          SIZEMORE JAMES PAUL
                                          P. O. BOX 4160

                                          MONTGOMERY, AL   36103
                                                    (334)269-2343
 --------------------------------------------------------------------------
  PLAINTIFF   002: LEVERETT ROSEMARY, AS EXECUTRIX OF THE ESTATE
                   OF HUGH ROBERT LEVERETT, ATTORNEY: BIRCHFIELD ANDY D JR
                   DECEASED               BIR006     BEASLEY ALLEN CROW METH
                 , AL   00000-0000                   P O BOX 4160
                   PHONE: (256)000-0000              MONTGOMERY, AL   36103
  ENTERED:  01/05/2006 ISSUED:            TYPE:            (334)269-2343
  SERVED:              ANSWERED:                    JUDGEMENT: 02/09/2006

                                          SIZEMORE JAMES PAUL
                                          P. O. BOX 4160

                                          MONTGOMERY, AL   36103
                                                    (334)269-2343
 --------------------------------------------------------------------------
  DEFENDANT   001: MERCK & CO., INC.
                   THE CORPORATION COMPANY  ATTORNEY: HARGROVE ALAN THOMAS JR
                   2000 INTERSTATE PK DR-204 HAR236   184 COMMERCE ST.
                   MONTGOMERY, AL   36109-0000        POST OFFICE BOX 270
                   PHONE: (256)000-0000               MONTGOMERY, AL   36101
  ENTERED:  01/05/2006 ISSUED: 01/06/2005 TYPE:   CERTIFIED  (334)206-3100
  SERVED:   01/10/2006 ANSWERED:                    JUDGEMENT: 02/09/2006

                                          BROCK MIKE
                                          P O BOX 270

                                          MONTGOMERY, AL   36101
                                                    (334)834-8480

                                          MORRISS F CHADWICK
                                          RUSHTON STAKELY JOHNSTO
                                          P O BOX 270
                                          MONTGOMERY, AL   36101
                                                    (334)206-3262
 --------------------------------------------------------------------------
  DEFENDANT   002: BRANDON ANNE
                   7 LAUDERHILL            ATTORNEY:

                   TUSCALOOSA, AL   35406-0000
                   PHONE: (256)000-0000
  ENTERED:  01/05/2006 ISSUED: 01/06/2005 TYPE:       CERTIFIED
  SERVED:   01/13/2006 ANSWERED:                    JUDGEMENT: 02/09/2006
 --------------------------------------------------------------------------
 SAW   05/24/2006                                    CV 2006 000004.00
```

```
--------------------------------------------------------------------------
 AVSO351                                             CV 2006 000004.00
                                              JUDGE: ASSIGNED JUDGE
--------------------------------------------------------------------------
                      ALABAMA JUDICIAL DATA CENTER
                         CASE ACTION SUMMARY
                            CIRCUIT CIVIL
--------------------------------------------------------------------------
 IN THE CIRCUIT  COURT OF TALLAPOOSA       COUNTY
 ROSEMARY LEVERETT, INDIVIDUALLY, ETC. VS MERCK & CO., INC., ETC., ETAL
 FILED: 01/05/2006 TYPE: BAD FAITH/FRAUD/MISR TYPE TRIAL: JURY   TRACK:
 ************************************************************************
 DATE1:             CA:    RMVL FED COURT   CA DATE:  02/09/2006
 DATE2:             AMT:              $.00  PAYMENT:
 DATE3:
 ************************************************************************
 DEFENDANT  003: RUSSELL LAMONDE
                 102 AMANDA PLACE           ATTORNEY:
                 PELHAM, AL  35124-0000
                 PHONE: (256)000-0000
 ENTERED:  01/05/2006 ISSUED: 01/06/2005 TYPE:     CERTIFIED
 SERVED:              ANSWERED:              JUDGEMENT: 02/09/2006
--------------------------------------------------------------------------

  01/05/2006    FILED THIS DATE: 01/05/2006                      (AV01)
  01/05/2006    ORIGIN: INITIAL FILING                           (AV01)
  01/05/2006    ASSIGNED TO JUDGE: ASSIGNED JUDGE                (AV01)
  01/05/2006    JURY TRIAL REQUESTED                             (AV01)
  01/05/2006    CASE ASSIGNED STATUS OF: ACTIVE                  (AV01)
  01/05/2006    LEVERETT ROSEMARY, INDIVIDUALLY, ETC. ADDED AS C00
  01/05/2006    LISTED AS ATTORNEY FOR C001: SIZEMORE JAMES PAUL
  01/05/2006    LISTED AS ATTORNEY FOR C001: BIRCHFIELD ANDY D JR
  01/05/2006    LEVERETT ROSEMARY, AS EXECUTRIX OF THE ESTATE ADDE
  01/05/2006    LISTED AS ATTORNEY FOR C002: BIRCHFIELD ANDY D JR
  01/05/2006    LISTED AS ATTORNEY FOR C002: SIZEMORE JAMES PAUL
  01/06/2006    RUSSELL LAMONDE ADDED AS D003                    (AV02)
  01/06/2006    CERTIFIED MAI ISSUED: 01/06/2005 TO D003         (AV02)
  01/06/2006    BRANDON ANNE ADDED AS D002                       (AV02)
  01/06/2006    CERTIFIED MAI ISSUED: 01/06/2005 TO D002         (AV02)
  01/06/2006    MERCK & CO., INC. ADDED AS D001                  (AV02)
  01/06/2006    CERTIFIED MAI ISSUED: 01/06/2005 TO D001         (AV02)
  01/06/2006    CASE ACTION SUMMARY PRINTED                      (AV02)
  01/18/2006    D001 SERVED CERTIFIED MAIL ON 01/13/2006
  01/18/2006    D002 SERVED CERTIFIED MAIL ON 01/13/2006
  01/18/2006    D001 SERVED CERTIFIED MAIL ON 01/10/2006
  02/09/2006    CASE ASSIGNED STATUS OF: DISPOSED                (AV01)
--------------------------------------------------------------------------
 SAW   05/24/2006                                    CV 2006 000004.00
```

```
 AVSO351                                                   CV 2006 000004.00
                                              JUDGE: ASSIGNED JUDGE
                          ALABAMA JUDICIAL DATA CENTER
                              CASE ACTION SUMMARY
                                 CIRCUIT CIVIL
   IN THE CIRCUIT  COURT OF TALLAPOOSA      COUNTY
    ROSEMARY LEVERETT, INDIVIDUALLY, ETC. VS MERCK & CO., INC., ETC., ETAL
    FILED: 01/05/2006 TYPE: BAD FAITH/FRAUD/MISR TYPE TRIAL: JURY    TRACK:
   ****************************************************************************
   DATE1:              CA:   RMVL FED COURT   CA DATE:  02/09/2006
   DATE2:              AMT:          $.00  PAYMENT:
   DATE3:
   ****************************************************************************
      02/09/2006    DISPOSED ON: 02/09/2006 BY (RMVL FED COURT) (AV01)
      02/09/2006    COURT ACTION JUDGE: ASSIGNED JUDGE          (AV01)
      02/09/2006    C001 DISPOSED BY (RMVL FED COURT) ON 02/09/2006
      02/09/2006    C002 DISPOSED BY (RMVL FED COURT) ON 02/09/2006
      02/09/2006    D001 DISPOSED BY (RMVL FED COURT) ON 02/09/2006
      02/09/2006    D002 DISPOSED BY (RMVL FED COURT) ON 02/09/2006
      02/09/2006    D003 DISPOSED BY (RMVL FED COURT) ON 02/09/2006
      02/09/2006    LISTED AS ATTORNEY FOR D001: HARGROVE ALAN THOMAS
      02/09/2006    LISTED AS ATTORNEY FOR D001: BROCK MIKE      (AV02)
      02/09/2006    LISTED AS ATTORNEY FOR D001: MORRISS F CHADWICK
      04/21/2006    PLTF'S CROSS-NOTICE OF DEPOSITION
      05/01/2006    PLTF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS
      05/01/2006    DIRECTED TO DEFT MERCK-FIRST SET OF INTERRO-
      05/01/2006    GATORIES DIRECTED TO DEFT MERCK
      05/03/2006    PLTF'S CROSS-NOTICE OF DEPOSITION
      05/09/2006    POSTING IN **CV-06-04.80***

  SAW   05/24/2006                                          CV 2006 000004.00
```

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
AT ALEXANDER CITY

ROSEMARY LEVERETT, Individually, )
and as Executrix of the Estate of HUGH )
ROBERT LEVERETT, deceased, )
    Plaintiff, )
)
vs. )
)
MERCK & CO., INC., et al. )
    Defendants. )

CV06-04.80

## NOTICE OF APPEARANCE

Comes now Daine Sharpe, Attorney at Law and files this Notice of Appearance as co-counsel on behalf of the Plaintiff, Rosemary Leverett.

Dated this 13*th* day of April 2006.

                                    DAINE SHARPE (SHA-034)
                                    Attorney for Plaintiff

E. DAINE SHARPE, P.C.
134 North Broadnax Street
Dadeville, Alabama 36853
(256) 825-4631

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing to the following counsel of record, by placing a copy in the U.S. Mail, properly addressed and postage prepaid on this the ____13th____ day of April 2006.

Alan T. Hargrove, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON & GARRETT
Post Office Box 270
Montgomery, Alabama 36101-3100

Andy D. Birchfield, Jr., Esq.
BEASLEY, ALLEN
Post Office Box 4160
Montgomery, Alabama 36103-4160

_____
Of Counsel

IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
AT ALEXANDER CITY

ROSEMARY LEVERETT, Individually
and as Executrix of the Estate of
HUGH ROBERT LEVERETT, deceased

    Plaintiff,

vs.                                                  CASE NO. CV-06-04

MERCK & CO., INC., et al..........

    Defendants

## NOTICE OF APPEARANCE

**COMES NOW** Lee Sims, and files this his notice of appearance as co-counsel of record for the Plaintiff, ROSEMARY LEVERETT, in this cause. Counsel hereby requests that all notices and orders be copied to him at the proper address as given below.

Done this 6th day of April, 2006.

                                              **LEE SIMS (SIM026)**
                                              **Attorney for: ROSEMARY LEVERETT**

**Attorney at Law**
126 North Broadnax Street
Dadeville, Alabama 36853
(256) 825-9310

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the attorney of record postage prepaid at the proper address on this the 6th day of April 2006.

LEE SIMS

Robert C Brock
F Chadwick Morriss
Alan T. Hargrove, Jr.
RUSHTON, STAKELY, JOHNSTON
    & GARRETT,
Po Box 270
Montgomery, AL 36101-0270

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

ROSEMARY LEVERETT, etc., )
)
    Plaintiff, )
)
)    CIVIL ACTION NO.
v. )    3:06cv128-MHT
)
MERCK & CO., INC., etc., )
et al., )
)
    Defendants. )

ORDER

This lawsuit, which was removed from state to federal court based on diversity-of-citizenship jurisdiction, 28 U.S.C. §§ 1332, 1441, is now before the court on plaintiff's motion to remand. The court agrees with plaintiff that this case should be remanded to state court. First, there has not been <u>fraudulent joinder</u> of any resident defendant (that is, plaintiff has colorable claims against such a defendant), <u>see</u> <u>Coker v. Amoco Oil Co.</u>, 709 F.2d 1433, 1440 (11th Cir. 1983); <u>Cabalceta v.</u>

Standard Fruit Co., 883 F.2d 1553, 1561 (11th Cir. 1989). Second, there has not been fraudulent misjoinder of any resident defendant (that is, plaintiff has reasonably joined such a defendant with other defendants pursuant to Rule 20 of the Federal Rules of Civil Procedure), see Tapscott v. MS Dealer Service Corp., 77 F.3d 1353, 1360 (11th Cir. 1996).

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to remand (doc. no. 1) is granted and that, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Tallapoosa County, Alabama, for want of subject-matter jurisdiction.

It is further ORDERED that the motion to stay (Doc. No. 9) is denied.

It is further ORDERED that all other outstanding motions are left for disposition by the state court after remand.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 15th day of March, 2006.


                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE



IN THE CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA

ROSEMARY LEVERETT, Individually, \*
and as Executrix of the Estate of \*
HUGH ROBERT LEVERETT, deceased, \*
\*
    Plaintiff, \*
\*
v. \*   Civil Action NO. CV-06-04
\*
MERCK & CO., INC., a foreign \*
Corporation; ANNE BRANDON, an \*
Individual; LAMONDE RUSSELL, an \*
Individual; and fictitious defendants \*
A, B, C & D, being those persons, firms \*
or Corporations whose fraud, scheme to \*
defraud, and/or other wrongful conduct \*   JURY TRIAL DEMANDED
caused or contributed to the Plaintiff's \*
injuries and damages, and whose true \*
names and identities are presently \*
unknown to Plaintiff, but will be \*
substituted by amendment when \*
ascertained, \*
\*
    Defendants. \*

**CIVIL SUMMONS**

Received JAN 2006 FRANK LUCAS CIRCUIT CLERK

7160 3901 9849 1050 6382

SERVICE BY CERTIFIED MAIL IS HEREBY REQUESTED FOLLOWING DEFENDANT:

TO:
Merck & Co., Inc.
C/O Corporation Process Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

CV-06-04

2. Article Number: 7160 3901 9849 1050 6382

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:
Merck & Co., Inc.
C/O Corporation Process Company
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)
B. Date of Delivery: 1-10-06
C. Signature: X
☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

CV-06-04

PS Form 3811, January 2005   Domestic Return Receipt

7002 0860 0001 4803 4500

The Answer must be mailed or delivered within 30 days after this Summons and Complaint were delivered to you or a judgment by default may be entered against you for the money or other things demanded in this Complaint. You must also file the original of your Answer with the Clerk of this Court.

_____    _____ By:_____
DATE                              CIRCUIT CLERK

IN THE CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA

| | |
|---|---|
| ROSEMARY LEVERETT, Individually, and as Executrix of the Estate of HUGH ROBERT LEVERETT, deceased, | * * * * |
| Plaintiff, | * * |
| v. | * Civil Action NO. CV-06-04 |
| | * |
| MERCK & CO., INC., a foreign Corporation; ANNE BRANDON, an Individual; LAMONDE RUSSELL, an Individual; and fictitious defendants A, B, C & D, being those persons, firms or Corporations whose fraud, scheme to defraud, and/or other wrongful conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to Plaintiff, but will be substituted by amendment when ascertained, | * * * * * * * * JURY TRIAL DEMANDED * * * * * * |
| Defendants. | * |

## CIVIL SUMMONS

7160 3901 9849 1050 6375

...EREBY REQUESTED BY THE PLAINTIFF UPON THE

TO:
Anne Brandon    DW2
7 Lauderhill
Tuscaloosa, Alabama 35406

SENDER:

REFERENCE:    CV-06-

**PS Form 3800, January 2005**

RETURN RECEIPT SERVICE
- Postage
- Certified Fee
- Return Receipt Fee
- Restricted Delivery
- Total Postage & Fees

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

2. Article Number
7160 3901 9849 1050 6375

3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)  ☐ Yes
1. Article Addressed to:

Anne Brandon   DW2
7 Lauderhill
Tuscaloosa, Alabama 35406

CV06-04

PS Form 3811, January 2005    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)  B. Date of Delivery 1/13/06
Anne Brandon
C. Signature
X
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No

The Answer must be mailed or delivered within 30 days after this Summons and Complaint were delivered to you or a judgment by default may be entered against you for the money or other things demanded in this Complaint. You must also file the original of your Answer with the Clerk of this Court.

_____    _____ By: ____
DATE                       CIRCUIT CLERK

IN THE CIRCUIT COURT OF
TALLAPOOSA COUNTY, ALABAMA

| | |
|---|---|
| ROSEMARY LEVERETT, Individually, and as Executrix of the Estate of HUGH ROBERT LEVERETT, deceased, | * * * * |
| Plaintiff, | * * |
| v. | * Civil Action NO. CV-06-04 * |
| MERCK & CO., INC., a foreign Corporation; ANNE BRANDON, an Individual; LAMONDE RUSSELL, an Individual; and fictitious defendants A, B, C & D, being those persons, firms or Corporations whose fraud, scheme to defraud, and/or other wrongful conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to Plaintiff, but will be substituted by amendment when ascertained, | * * * * * * JURY TRIAL DEMANDED * * * * * * * * |
| Defendants. | * |

[stamp: JAN 2006 RECEIVED FRANK LUCAS CIRCUIT CLERK]

[CI]VIL SUMMONS

[SERVICE HERE]BY REQUESTED BY THE PLAINTIFF UPON THE

7160 3901 9849 1050 6368

TO: Lamonde Russell
102 Amanda Place
Pelham, Alabama 35124

---

**SENDER:**
REFERENCE: CV.06

PS Form 3800, January 2005

RETURN RECEIPT SERVICE
- Postage
- Certified Fee
- Return Receipt Fee
- Restricted Delivery
- Total Postage & Fees

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

2. Article Number: 7160 3901 9849 1050 6368
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:
Lamonde Russell
102 Amanda Place
Pelham, Alabama 35124

CV-06-04

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature: X Lamonde Russell ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

[stamp: PELHAM JAN 13 2006 USPS]

PS Form 3811, January 2005    Domestic Return Receipt

The Answer must be mailed or delivered within 30 days after this Summons and Complaint were delivered to you or a judgment by default may be entered against you for the money or other things demanded in this Complaint. You must also file the original of your Answer with the Clerk of this Court.

_____      _____ By: _____
DATE                         CIRCUIT CLERK