

# VIOXX®
## (rofecoxib)



"I am concerned with the potential edema that occurs with Vioxx."

Confidential—Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois



EXHIBIT

A

LEH 0115297





"I am concerned with dose-related
increases in hypertension
with Vioxx."

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115298



# VIOXX®
## (rofecoxib)



"Can Vioxx be used in patients using low dose aspirin?"

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115299





"I am concerned about the
cardiovascular effects of Vioxx?"

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115300



# Dodge Ball

# VIOXX®
## (rofecoxib)



## OBSTACLE 5

"The competition has been in my
office telling me that the incidence
of heart attacks is greater with
Vioxx than Celebrex."

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115301





"There is no difference between
Vioxx and Celebrex, why
should I use Vioxx?"

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115302



**VIOXX®**

(rofecoxib)



"Vioxx cannot be used for longer
than five days when treating
patients for acute pain?"

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115303





"I use Celebrex. I'm concerned
about the safety profile with Vioxx?"

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115304





"I understand the new COXIB, Mobic, was just approved."

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115305





"Searle/Pfizer just presented me with data which showed Celebrex 800 mg daily did not exhibit dose dependent increases in side effects compared to the OA and RA doses, and that Vioxx exhibited dose dependent increases in side effects with the 50 mg dose."

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115306





"The new narcotic data looks great, now I'll use Vioxx for all my acute pain patients."

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115307



# VIOXX®
## (rofecoxib)



"I can't use Vioxx because the HMO's require the patients to be on generic NSAIDS first."

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115308



# VIOXX ®
## (rofecoxib)



# DODGE!

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115309



## VIOXX ®
### (rofecoxib)



# DODGE!

Confidential—Disclosure to
Unauthorized Persons Forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115312



# VIOXX ®
## (rofecoxib)



# DODGE!

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115311



VIOXX® (rofecoxib)



DODGE!

Confidential—Disclosure to
Unauthorized Persons forbidden
by Order of the United States District
Court of Southern District of Illinois

LEH 0115310