No. COX 00-031
May 05, 2000

COPY

## Bulletin for VIOXX:
### New PIRs Relative to VIOXX GI Outcomes Research Study

**TO:**

All field personnel with responsibility for VIOXX®        Action Required

**PURPOSE:**

In response to recent published reports about VIOXX, Medical Services has been working to provide a rapid response to physicians unsolicited requests for information.

Effective Monday morning, May 8, a new PIR that will include incidence rate of MIs with VIOXX will be available from Medical Services via an interactive voice response (IVR) same day fax service to address your customers concerns. As a result of this PIR being available from Medical Services via same day fax to your customers, you may no longer print and distribute the PIR provided to you via Bulletin COX00-019.

**OVERVIEW:**

In response to recent published reports about VIOXX, on May 1, 2000, we provided you with an approved verbal response to use to address customers questions around the incidence rate of MIs on patients taking VIOXX via Bulletin COX00-029. Follow the directions on Bulletin COX00-029 for using that information. Now that you have this information to respond to questions from your customers (verbally) and the new PIR with incidence rate of MIs is available from Medical Services via same day fax, you may no longer distribute the printable PIR provided to you via Bulletin COX00-19 to your customers.

In addition, Medical Services has developed a PIR to assist physicians in responding to patients' questions that arise as a result of the news coverage. This PIR is also available from Medical Services via the IVR same day fax service.

**ACTION REQUIRED:**

- Immediately discontinue distribution of the printable PIR provided to you via Bulletin COX00-019.
- Review the Obstacle Responses around the incidence rate of MIs with VIOXX provided to you via Bulletin COX00-029.
- When a physician requests information on the VIOXX GI outcomes research trial or has a patient with concerns regarding COX2 Inhibitors, you may submit a request for a PIR by simply calling 877-372-7064 (8:00 A.M. to 10:00 P.M. EST) that will link you to an interactive voice response service for the Medical Services PIR request line. A touch tone phone must be used to provide the following information:
    - Your 8 digit RDT
    - Physician's 5 digit ZIP code
    - Physician's full name and professional degree
    - Physician's full mailing address
    - Physician's phone number
    - Physician's FAX number

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER IN
ABRUSLEY V. MERCK, et al.
(02-0196 W.D. La.)


EXHIBIT D

MRK-ABR 0017344

- Select one or both of the requested PIRs entitled:
  - A brief summary of VIGOR (Note – This is the new PIR which includes incidence rate of MIs with VIOXX that replaces the printable PIR previously provided to you.)
  - Data to address a patient's concerns about COX2 inhibitors

- You should only call 877-372-4568 (8:00 A.M. to 8:00 P.M. EST), if you experience difficulty with the interactive voice response system. A staff member will be available to help you.

IF YOU HAVE ANY QUESTIONS CONCERNING THIS BULLETIN, PLEASE CONTACT THE MERCK NATIONAL SERVICE CENTER AT 1-800-NSC-MERCK.

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER IN
ABRUSLEY V. MERCK, et al.
(02-0196 W.D. La.)

MRK-ABR 0017345



No. COX 00-032
May 08, 2000

### REVISED Bulletin for VIOXX:
### New PIRs Relative to VIOXX GI Outcomes Research Study

**TO:**

All field personnel with responsibility for VIOXX®(rofecoxib).        Action Required

**PURPOSE:**

This bulletin replaces COX 00-031. The phone number for the Medical Services PIR FAX Request Line <u>has not changed</u>. The bulletin was updated to reflect the <u>new technical (IVR) support number which you should call</u> if you are having difficulty with the interactive voice response system.

In response to recent published reports about VIOXX, Medical Services has been working to provide a rapid response to physicians unsolicited requests for information.

Effective Monday morning, May 8, a new PIR that will include incidence rate of MIs with VIOXX will be available from Medical Services via an interactive voice response (IVR) same day fax service to address your customers concerns. As a result of this PIR being available from Medical Services via same day fax to your customers, you may no longer print and distribute the PIR provided to you via Bulletin COX00-019.

**OVERVIEW:**

In response to recent published reports about VIOXX, on May 1, 2000, we provided you with an approved verbal response to use to address customers questions around the incidence rate of MIs on patients taking VIOXX via Bulletin COX00-029. Follow the directions on Bulletin COX00-029 for using that information. Now that you have this information to respond to questions from your customers (verbally) and the new PIR with incidence rate of MIs is available from Medical Services via same day fax, you may no longer distribute the printable PIR provided to you via Bulletin COX00-19 to your customers.

In addition, Medical Services has developed a PIR to assist physicians in responding to patients' questions that arise as a result of the news coverage. This PIR is also available from Medical Services via the IVR same day fax service.

**ACTION REQUIRED:**

- <u>Immediately discontinue distribution of the printable PIR provided to you via Bulletin COX00-019.</u>
- Review the Obstacle Responses around the incidence rate of MIs with VIOXX provided to you via Bulletin COX00-029.
- When a physician requests information on the VIOXX GI outcomes research trial or has a patient with concerns regarding COX2 Inhibitors, you may submit a request for a PIR by simply calling the <u>Medical Services PIR Request Line toll free at 877-372-7054 (8:00 A.M. to 10:00 P.M. EST)</u>. Since this line is an interactive voice response system, a touch tone phone must be used to provide the following information:
    - Your 8 digit RDT
    - Physician's 5 digit ZIP code

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER IN
ABRUSLEY V. MERCK, et al.
(02-0196 W.D. La.)

MRK-ABR 0017346

- Physician's full name and professional degree
- Physician's full mailing address
- Physician's phone number with area code
- Physician's FAX number with area code
- Select one or both of the requested PIRs entitled:
  - A brief summary of VIGOR (Note – This is the new PIR which includes incidence rate of MIs with VIOXX that replaces the printable PIR previously provided to you.)
  - Data to address a patient's concerns about COX2 inhibitors
- These two PIRs will be faxed directly to the requesting physician's office as a 'nonpersonalized letter'. You will need to leave a copy of the circular for VIOXX with the physician.

- If you experience difficulty with the interactive voice response system, please call the toll free phone number established only for this process, IVR help line at 888-721-7204 (8:00 A.M. to 8:00 P.M. EST). A staff member will be available to help you.

- For other questions concerning VIOXX requested by your physician, please follow the usual PIR procedures. These PIRs will continue to be 'personalized' with the physician's name, and you will receive a copy, as per usual PIR procedures. (See Policy 104)

IF YOU HAVE ANY QUESTIONS CONCERNING THIS BULLETIN, PLEASE CONTACT THE MERCK NATIONAL SERVICE CENTER AT 1-800-NSC-MERCK.

CONFIDENTIAL -- SUBJECT TO
PROTECTIVE ORDER IN
ABRUSLEY V. MERCK, et al.
(02-0196 W.D. La.)

MRK-ABR 0017347