


No. COX 99-033
Jun 03, 1999

### Field Incentive Plan for VIOXX®

**TO:**
Group 4-6 Representatives
Group B Business Managers

Background Information Only
Background Information Only

**PURPOSE:**

To review the existing field incentive plan for VIOXX® with you as well as announce an additional launch incentive for VIOXX®.

**OVERVIEW:**

You have three incentive opportunities for VIOXX®:
(1) Traditional in-line monetary incentive program
(2) Non-monetary incentive program (aka "003: License to Sell")
(3) And now an additional launch incentive program

#### In-Line Monetary Incentive Program:

The in-line bonus is fairly equally weighted between VIOXX®, SINGULAIR® and FOSAMAX®. Our goal with VIOXX® is to be the market leader in the market leading class. While there is no doubt that taking share away from Celebrex may be our sweetest victory, we should not limit ourselves to Celebrex. To become a true market leader, we're also going to have to focus our attention on traditional NSAIDS as well as new patient starts. You have a tremendous opportunity with VIOXX®; over plan performance will add substantially to your in-line product bonus pay out.

#### Non-Monetary Incentive Program (NMIP):

We are pleased to rollout the NMIP for VIOXX® to you. You will have the opportunity to earn the following NMIP AwardperQs moving forward:
- Approximately 1200 AwardperQs can be earned based on your performance at the National Launch Meeting.
- Future AwardperQs may be earned based on your market share performance with VIOXX® following launch.

Additionally, you have an opportunity to win a trip to the Caribbean aboard the cruise ship the Grand Princess, the largest, most expensive cruise ship ever built. If you and your Group B clustermates finish as the top cluster within your Region based on market share performance with VIOXX®, you can earn yourselves a spot on this "Top Performer Trip."

Please refer to VIOXX® bulletin COX99021 sent out on May 26 and the 003: License to Sell website on the FSNet for additional details on the program.

#### Additional Launch Incentive Program:

CONFIDENTIAL – SUBJECT TO
PROTECTIVE ORDER IN
ABRUSLEY V. MERCK, et al.
(02-0196 W.D. La.)

MRK-ABR 0018254



This is a group monetary incentive driven off market share with a cash payout. To qualify for the incentive, you must achieve 51 percent share of new prescriptions in the C2-SI market for one month by March of 2000 and maintain activity and performance levels for your other key brands during the launch period for VIOXX®. Achieve these goals, and you'll receive a $2000 bonus on top of all other incentives. This bonus will be paid out to all members of the cluster (Groups I-VI) in the month following the month you achieve 51 percent share.

IF YOU HAVE ANY QUESTIONS ABOUT THIS BULLETIN, PLEASE CONTACT THE MERCK NATIONAL SERVICE CENTER AT 1-800-NSC-MERCK.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER IN ABRUSLEY V. MERCK, et al. (02-0196 W.D. La.)

MRK-ABR 0018255