IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ROSEMARY LEVERETT, etc.,    )
                            )
    Plaintiff,              )
                            )
                            )   CIVIL ACTION NO.
    v.                      )   3:06cv476-MHT
                            )
MERCK & CO., INC., et al.,  )
                            )
    Defendants.             )
```

                                **ORDER**

It is ORDERED that the motion to stay (doc. no. 2) is set for submission, without oral argument, on June 23, 2006, with all briefs due by said date.

DONE, this the 1st day of June, 2006.

                              /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE