IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

ROSEMARY LEVERETT, etc.,    )
                            )
    Plaintiff,               )
                            )
                            )    CIVIL ACTION NO.
    v.                      )    3:06cv476-MHT
                            )
MERCK & CO., INC., et al.,  )
                            )
    Defendants.             )

### ORDER

There being no objection, it is ORDERED that the motion to stay (doc. no. 2) is granted and this lawsuit is stayed pending MDL transfer.

DONE, this the 26th day of June, 2006.

                        /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE