IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSEMARY LEVERETT, Individually and as Executrix of the Estate of HUGH ROBERT LEVERETT, deceased,<br><br>　　　　Plaintiff,<br>v.<br><br>MERCK & CO., Inc.; a foreign Corporation; ANNE BRANDON, an Individual; LAMONDE RUSSELL, an Individual; and fictitious defendants A, B, C, & D, being those persons, firms or Corporations whose fraud, scheme to defraud, and/or other wrongful conduct caused or contributed to the Plaintiff's injuries or damages, and whose true names and identities are presently unknown to Plaintiff, but will be substituted by amendment when ascertained,<br><br>　　　　Defendants. | CASE NO. 3:06cv476-MHT |

## MOTION TO SET ASIDE ORDER OF STAY

COMES NOW the Plaintiff, Rosemary Leverett, by and through her counsel of record, and requests this Court to set aside its June 26, 2006 Order staying all proceedings pending transfer to the MDL. In further supporter hereof, Plaintiff states as follows:

1.　The Court's Order *in toto* states: "There being no objection, it is ORDERED that the motion to stay (doc. no. 2) is granted and this lawsuit is stayed pending MDL transfer."

1

2. The Court's Order is in error. This Court entered an Order on May 31, 2006, requiring that all pleadings in support of or in opposition to the motion to stay be filed by June 23, 2006 (doc. no. 3.).

3. On June 14, 2006, Plaintiff submitted her *Opposition to Merck's Motion to Stay Proceedings* (doc. no. 4) and submitted her *Opposition to Defendant Merck & Co., Inc.'s (Second) Notice of Removal* (doc. no. 5). Plaintiff submitted numerous items along with both pleadings, establishing her entitlement to the sought-after relief.

4. It appears that the Court's confusion may be the result of the docket entry made by the Clerk's office, whereby both pleadings were incorrectly labeled as "RESPONSE in Opposition" to the two matters before the court – Defendant's motion to stay and Defendant's notice of removal.

WHEREFORE, the Plaintiff respectfully requests this Court to set aside it's June 26, 2006 Order and requests that this cause be remanded to state court consistent with those pleadings previously submitted in this cause.

/s/ Benjamin L. Locklar
**ANDY D. BIRCHFIELD, JR. (BIR006)**
**J. PAUL SIZEMORE (SIZ 004)**
**BENJAMIN L. LOCKLAR (LOC009)**
**W. ROGER SMITH, III (SMI257)**
**Attorneys for Plaintiff**

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
 PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 223-1236

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 27th day of June, 2006.

Alan T. Hargrove  
Richard Garrett  
Mike Brock  
F. Chadwick Morriss  
**RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.**  
Post Office Box 270  
Montgomery, Alabama  36101-0270

                       /s/ Benjamin L. Locklar  
                       **OF COUNSEL**