```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


ROSEMARY LEVERETT, etc.,     )
                             )
    Plaintiff,               )
                             )           CIVIL ACTION NO.
    v.                       )           3:06cv476-MHT
                             )
MERCK & CO., INC., et al.,   )
                             )
    Defendants.              )
```

                              ORDER

   Because the court overlooked that plaintiff had filed an objection (doc. no. 4) to the motion to stay (doc. no. 2) and because the court also overlooked that there is an outstanding motion to remand (doc. no. 5), it is ORDERED as follows:

   (1) The motion to set aside (doc. no. 8) is granted.

   (2) The order dated June 26, 2006 (doc. no. 7), is vacated.

   (3) The motion to remand (doc. no. 5) is set for submission, without oral argument, on July 26, 2006, with all briefs due by said date.

(4) The motion to stay (doc. no. 2) is reset for submission, without oral argument, on July 26, 2006, with any additional briefs due by said date.

DONE, this the 29th day of June, 2006.

                                         /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE