IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSEMARY LEVERETT, Individually and as Executrix of the Estate of HUGH ROBERT LEVERETT, deceased,<br><br>        Plaintiff,<br>v.<br><br>MERCK & CO., Inc.; a foreign Corporation; ANNE BRANDON, an Individual; LAMONDE RUSSELL, an Individual; and fictitious defendants A, B, C, & D, being those persons, firms or Corporations whose fraud, scheme to defraud, and/or other wrongful conduct caused or contributed to the Plaintiff's injuries or damages, and whose true names and identities are presently unknown to Plaintiff, but will be substituted by amendment when ascertained,<br><br>        Defendants. | CASE NO. 3:06cv476-MHT |

### MOTION TO EXPEDITE RULING

**COMES NOW** the Plaintiff, Rosemary Leverett, and respectfully requests this Court to expedite ruling on the pending motion to remand. The Court has set the date of July 26, 2006, as the date for all parties to submit motions and pleadings to address the Plaintiff's motion to remand. Plaintiff Rosemary Leverett requests that the Court proceed forward without further delay and remand this cause back to the Circuit Court of Tallapoosa County, Alabama. In further support of this motion, Plaintiff Rosemary Leverett states as follows:

    1.    Defendant Merck & Co., Inc. ("Merck") filed its <u>second</u> notice of removal and a motion to stay in this cause on or about May 25, 2006. (Doc. No. 1.) On June 1,

1

2006, this Court entered an Order, directing that the parties file pleadings in support of or in opposition to the motion to stay by June 23, 2006. (Doc. No. 3.)

2. On June 14, 2006, Plaintiff Rosemary Leverett submitted an opposition to the motion to stay and filed a motion to remand with supporting brief. (Doc. No. 4 and Doc. No. 5.) The motion to remand and supporting brief filed by Plaintiff was in response to the lengthy notice of removal with attachments filed with the Court by Merck, in which it set forth its arguments and legal authority.

3. On June 23, 2006, Merck submitted a brief in support of its motion to stay. (Doc. No. 6.)

4. On June 29, 2006, this Court entered an Order, directing that all materials in support of and in opposition to the pending motion to remand and motion to stay be submitted on or before July 26, 2006.[1] (Doc. No. 7.) The Court entered this Order despite the fact that the parties have previously stated their positions exhaustively on the issues of stay, removal and remand.

5. Because this is a second removal attempt by Merck and because the current removal notice raises nothing new to support removal, there is no just reason to delay this cause. Merck's attempt at removal a second time is simply a delay tactic to avoid submitting discovery responses and moving this case forward for a trial setting in state court.

**WHEREFORE,** Plaintiff Rosemary Leverett requests the following relief:

---

[1] This Court also set aside a prior Order staying the proceedings, following the submission of a motion by Plaintiff Rosemary Leverett.

A.  **SET ASIDE** this Court's Order giving the parties until July 26, 2006 to submit pleadings in support of or in opposition to the pending motion to remand and **EXPEDITE** its ruling on the pending motion to remand and motion to stay.

B.  **DENY** Merck's motion to stay.

C.  **GRANT** Plaintiff Rosemary Leverett's motion to remand and remand returning this cause to the state court without delay.

D.  **ENTER** sanctions against Merck for its wrongful removal attempt in this cause.

**RESPECTFULLY** submitted this the 29th day of June, 2006.

/s/ Benjamin L. Locklar
ANDY D. BIRCHFIELD, JR. (BIR006)
J. PAUL SIZEMORE (SIZ 004)
**BENJAMIN L. LOCKLAR (LOC009)**
W. ROGER SMITH, III (SMI257)
**Attorneys for Plaintiff**

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 223-1236 – Fax

3

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 29th day of June, 2006.

Alan T. Hargrove
Richard Garrett
Mike Brock
F. Chadwick Morriss
**RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.**
Post Office Box 270
Montgomery, Alabama  36101-0270

/s/ Benjamin L. Locklar
**OF COUNSEL**