IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
ROSEMARY LEVERETT, etc.,    )
                            )
    Plaintiff,              )
                            )         CIVIL ACTION NO.
    v.                      )         3:06cv476-MHT
                            )
MERCK & CO., INC., et al.,  )
                            )
    Defendants.             )
```

                              ORDER

It is ORDERED that the motion to expedite ruling (doc. no. 10) is denied.

DONE, this the 30th day of June, 2006.

                            /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE