# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | Telephone:  [202] 502-2800<br>Fax:            [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

July 5, 2006

TO INVOLVED COUNSEL

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-56)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE:** _____July 20, 2006_____ (4 p.m. EST)
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *[signature]*
Docket Specialist

**PLAINTIFF'S EXHIBIT**
"A"

Attachments

JPML Form 39

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-56)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 3,987 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the Panel's order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-56 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 3 06-476 | Rosemary Leverett, etc. v. Merck & Co., Inc., et al. ✓ |
| **ALABAMA NORTHERN** | |
| ALN 2 06-1180 | Clinton Gene Kelley v. Merck & Co., Inc. |
| **ARIZONA** | |
| AZ 2 06-1469 | Sultan Rahim Strong, etc. v. Merck & Co., Inc., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 06-3379 | Ann A Baumgartner, et al. v. Merck & Co., Inc. |
| CAC 2 06-3380 | Stephen R. Bajon, et al. v. Merck & Co., Inc. |
| **CALIFORNIA EASTERN** | |
| CAE 2 06-1294 | Michael Neaderhiser v. Merck & Co., Inc., et al. |
| CAE 2 06-1313 | Lino Laolagi, et al. v. Merck & Co., Inc. |
| **FLORIDA MIDDLE** | |
| FLM 3 06-510 | Mary Kilis, etc. v. Merck & Co., Inc. |
| FLM 3 06-529 | Janis Roberts v. Merck & Co., Inc. |
| FLM 3 06-550 | James Mollenhour v. Merck & Co., Inc., et al. |
| FLM 8 06-1064 | Kada Kahric v. Merck & Co., Inc. |
| FLM 8 06-1115 | Fay Virginia Perttunen, etc. v. Merck & Co., Inc. |
| **FLORIDA SOUTHERN** | |
| FLS 0 06-60849 | Gloria Lopez v. Merck & Co., Inc. |
| FLS 1 06-21425 | Nellie Granger, etc. v. Merck & Co., Inc. |
| FLS 1 06-21470 | Beatrice Tinsley v. Merck & Co., Inc. |
| FLS 9 06-80545 | Milton Elliot v. Merck & Co., Inc., et al. |
| **GEORGIA NORTHERN** | |
| GAN 1 06-1428 | Mary Louise Gollus v. Merck & Co., Inc. |
| **IDAHO** | |
| ID 1 06-230 | June Joos, et al. v. Merck & Co., Inc. |
| ID 2 06-225 | Mary Ann Pierce v. Merck & Co., Inc. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-430 | Coy Nunn, et al. v. Merck & Co., Inc., et al. |
| ILS 3 06-462 | Ruthie Young, et al. v. Merck & Co., Inc., et al. |
| ILS 3 06-463 | Jeanne Haefner v. Merck & Co., Inc. |
| ILS 3 06-465 | Demetrius Hardaway, et al. v. Merck & Co., Inc., et al. |

SCHEDULE CTO-56 TAG-ALONG ACTIONS (MDL-1657)  PAGE 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **INDIANA SOUTHERN** | |
| INS 1 06-842 | Virginia Rexroat, et al. v. Merck & Co., Inc. |
| **KANSAS** | |
| KS 2 06-2233 | David Christie v. Merck & Co., Inc. |
| **KENTUCKY EASTERN** | |
| KYE 0 06-96 | Anna Louise Curls v. Merck & Co., Inc. |
| **LOUISIANA WESTERN** | |
| LAW 5 06-1003 | Randy Brazzel v. Merck & Co., Inc. |
| **MARYLAND** | |
| MD 1 06-1575 | Guy E. Gaston v. Merck & Co., Inc. |
| MD 1 06-1578 | Charles N. Burgess, et al. v. Merck & Co., Inc. |
| **MINNESOTA** | |
| MN 0 06-2378 | James R. Topp, Jr., et al. v. Merck & Co., Inc. |
| MN 0 06-2449 | John V. Crimmins v. Merck & Co., Inc. |
| MN 0 06-2450 | Ronald E. Hill v. Merck & Co., Inc. |
| MN 0 06-2451 | Donald E. Tremblay v. Merck & Co., Inc. |
| MN 0 06-2452 | Peter F. Bruers v. Merck & Co., Inc. |
| MN 0 06-2453 | Marc A. Patnode v. Merck & Co., Inc. |
| MN 0 06-2454 | Hugh W. Bernhardt v. Merck & Co., Inc. |
| MN 0 06-2455 | Ronald Skube v. Merck & Co., Inc. |
| MN 0 06-2457 | Peter Vondrak v. Merck & Co., Inc. |
| MN 0 06-2499 | Judith Kinney, et al. v. Merck & Co., Inc. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 06-593 | Annie W. McDonald, etc. v. Merck & Co., Inc. |
| **NEBRASKA** | |
| NE 4 06-3140 | Margie H. Gibbs, et al. v. Merck & Co., Inc. |
| **NEW YORK EASTERN** | |
| NYE 1 06-2919 | Harvey Kleinstein, et al. v. Merck & Co., Inc. |
| **NEW YORK NORTHERN** | |
| NYN 5 06-668 | Yolanda C. Fero, etc. v. Merck & Co., Inc., et al. |
| NYN 6 06-666 | Paula Werner-Vecellio, et al. v. Merck & Co., Inc., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-4430 | Margarita Segui v. Merck & Co., Inc. |
| **NEW YORK WESTERN** | |
| NYW 6 06-6289 | William L. Matthews, etc. v. Merck & Co., Inc., et al. |
| **OHIO NORTHERN** | |
| OHN 1 06-1466 | Sandra Burnett, et al. v. Merck & Co., Inc., et al. |
| **OKLAHOMA WESTERN** | |
| OKW 5 06-623 | Marjorie Murphy, et al. v. Merck & Co., Inc. |

SCHEDULE CTO-56 TAG-ALONG ACTIONS (MDL-1657)                                        PAGE 3 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| PENNSYLVANIA EASTERN | |
| PAE  2  06-2532 | J. Mary Basanta v. Merck & Co., Inc. |
| PAE  2  06-2546 | Joan M. Kelly, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2547 | George Boyd, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2548 | Martha Tanner, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2549 | Jeffrey Klimmek, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2550 | Jessie Powers v. Merck & Co., Inc., et al. |
| PAE  2  06-2551 | Richard F. McLaughlin, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2552 | John Dyminski, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2553 | Caridad Castillo, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-2606 | Donald Scheirer, et al. v. Merck & Co., Inc. |
| PAE  2  06-2622 | Murray Bidner, et al. v. Merck & Co., Inc., et al. |
| PENNSYLVANIA WESTERN | |
| PAW  2  06-740 | Carol Gault, et al. v. Merck & Co., Inc. |
| PAW  2  06-791 | Sherrie A. MacKinney v. Merck & Co., Inc. |
| PAW  2  06-809 | Thomas Conner v. Merck & Co., Inc. |
| TEXAS EASTERN | |
| TXE  5  06-120 | Richard Glen Gunnels v. Merck & Co., Inc. |
| TXE  9  06-120 | Sara Best, et al v. Merck & Co., Inc. |
| TEXAS WESTERN | |
| TXW  1  06-414 | Marie D. Garnett, et al. v. Merck & Co., Inc. |
| TXW  3  06-196 | Stuart Lee Neff v. Merck & Co., Inc. |
| UTAH | |
| UT  2  06-454 | C. Gordon Linnett v. Merck & Co., Inc. |
| UT  2  06-493 | Ellen Burlison, etc. v. Merck & Co., Inc. |
| WASHINGTON WESTERN | |
| WAW  2  06-841 | Jeanette Stroschein, etc. v. Merck & Co., Inc. |

    (a)    Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation. The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

    (b)    Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

    (c)    Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period. If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule.

    (d)    Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel. Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

    (e)    Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

    (f)    Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

RULE 7.5:    MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"

    (a)    Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

    (b)    Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

    (c)    Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407. Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown. The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

    (d)    A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

    (e)    Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

RULE 5.2:     SERVICE OF PAPERS FILED

    (a)     All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

    (b)     The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

    (c)     Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

    (d)     In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

    (e)     If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

# INVOLVED COUNSEL LIST (CTO-56)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Tyler J. Anderson
Moffatt, Thomas, Barrett, Rock
& Fields, Chtd.
101 S, Capitol Blvd., 10th Floor
P.O. Box 829
Boise, ID 83701

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Dawn Marie Bergin
Lewis & Roca, LLP
40 N. Central Ave.
Phoenix, AZ 85004-4429

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Dana A. Blanton
Reed Smith, LLP
1999 Harrison Street
P.O. Box 2084
Oakland, CA 94604-2084

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue, 10th Floor
Two Leadership Square
Oklahoma City, OK 73102

Evan D. Buxner
Walther Glenn Law Associates
10 South Brentwood Boulevard
Suite 102
St. Louis, MO 63105-1694

Christopher M. Cannon
Fazio, Dawson, Disalvo,
Cannon, et al.
633 S. Andrews Avenue
Suite 500
P.O. Box 14519
Fort Lauderdale, FL 33301

Andrew J. Carboy
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway
18th Floor
New York, NY 10271

John J. Carey
Carey & Danis, LLC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Charles A. Childers
Childers Buck & Schlueter
260 Peachtree Street, Suite 1601
Atlanta, GA 30303

Lee C. Christie
Cline, Farrell, Christie, Lee & Caress
951 North Delaware Street
Indianapolis, IN 46202

Walter F. Clawson
Overdyke & Clawson
400 Travis Street, Suite 908
Shreveport, LA 71101

Kanika D. Corley
Morris, Polich & Purdy, LLP
1055 West 7th Street, Suite 2400
Los Angeles, CA 90017

Andrew L. Davick
Meshbesher & Spence, Ltd.
416 South Broadway
Rochester, MN 55904

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26470
Kansas City, MO 64196

Christopher A. Dawson
Hensley Law Office
1813 Argillite Rd.
P.O. Box 1004
Flatwoods, KY 41139-1004

Jeffrey Keith Douglass
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Tad D. Draper
Braunberger, Boud & Draper, P.C.
765 E. 9000 S.
Sandy, UT 84094

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

John E. Duda
Law Office of John E. Duda
BP Tower
200 Public Square
Suite 2940
Cleveland, OH 44114

Donald S. Edgar
Donald S. Edgar Law Office
408 College Avenue
Santa Rosa, CA 95401

Eddie Easa Farah
Farah & Farah, P.A.
10 West Adams Street
Jacksonville, FL 32202

Megan Faust-Craig
Specter Specter Evans & Manogue, P.C.
Koppers Building, 26th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

William B. Federman
Federman & Sherwood
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib
& Assoc.
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

E. Ben Franks
Law Offices of E. Ben Franks
8 Woodmont Crossing
Texarkana, TX 75503

James P. Frickleton
Bartimus, Frickleton, Robertson
& Gorny, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Daniel H. Friedman
Friedman Law Offices
P.O. Box 82009
Lincoln, NE 68501

Daniel N. Gallucci
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Edward T. Garza
Garza & Chavez
507 East Front Street
P.O. Box 3529
Midland, TX 79701

Ronald S. Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Brian A. Goldstein
Barnes Firm, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290

Ralph L. Gonzalez
Yerrid Law Firm
101 East Kennedy Blvd., Suite 2160
Tampa, FL 33602

Stephen M. Gracey
Frost, Brown & Todd, L.LC.
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202-4182

Amy N. Hanson
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052

Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston
& Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Bryan S. Hatch
Stinson, Morrison Law Firm
1299 Farnam Street, Suite 1501
Omaha, NE 68102

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Russ M. Herman
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

William W. Hurst
Mitchell, Hurst, Jacobs & Dick
The Stevens-Coffman Building
152 East Washington Street
Indianapolis, IN 46204

William Thomas Jacks
Jacks Law Firm
111 Congress Ave., Suite 1010
Austin, TX 78701-4073

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street, 20th Floor
Baltimore, MD 21201

S. Tessie Kenny
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Andrea B. Lamere
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

Charles Lampin
Kell Lampin, LLC
4700 Mexican Road
St. Peters, MO 63376

Kristine Larsen
Ray, Quinney & Nebeker
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Craig L. Lowell
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street, North
Birmingham, AL 35203-3204

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Maryanne Lyons
Baker Botts LLP
910 Louisiana
One Shell Plaza
Houston, TX 77002-4995

INVOLVED COUNSEL LIST (CTO-56) MDL-1657                                                    PAGE 3 of 4

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Floyd L. Matthews, Jr.
Spohrer, Wilner, Maxwell
& Matthews, P.A
701 West Adams Street, Suite 2
Jacksonville, FL 32204

Andrea L. McDonald-Hicks
Reed Smith, LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

Winston E. Miller
Frost, Brown & Todd, L.L.C.
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363

Nancy A. Mismash
Robert J. Derby & Associates
4252 South 700 East
Salt Lake City, UT 84107

Christopher A. Moeller
Price, Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street, Suite 1460
San Francisco, CA 94105

Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404

Paul M. Perlstein
Perlstein Law Offices
P.O. Box 834
Doylestown, PA 18901-0834

Ira C. Podlofsky
Podlofsky, Orange, Kitt & Kolenovsky
98 Cutter Mill Road, Suite 299 North
Great Neck, NY 11021

Susan J. Pope
Frost, Brown & Todd, L.L.C.
250 West Main Street, Suite 2700
Lexington, KY 40507-1749

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Troy Alan Rafferty
Levin Papantonio Thomas, et al.
316 S Baylen St., Suite 600
Pensacola, FL 32502

Kevin M. Sadler
Baker Botts LLP
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701-4039

T. Evan Schaeffer
Schaeffer & Lamere, PC
5512 Godfrey Road, Suite B
Godfrey, IL 62035

William C. Schwartz
Lipsitz, Nassau, Schwartz & Leckman
1100 Fifth Avenue
Pittsburgh, PA 15219

Eldon Daine Sharpe
E. Daine Sharpe, PC
134 North Broadnax Street
Dadeville, AL 36853

Fredric V. Shoemaker
Greener, Banducci & Shoemaker, P.A
815 West Washington Street
Boise, ID 83702

Louie Lee Sims, Jr.
L. Lee Sims, PC
126 North Broadnax Street
Dadeville, AL 36853

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Craig Stephan
P.O. Box 5293
Scottsdale, AZ 85261-5293

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750

Bryant M. Struble
Thompson Coburn, LLP
One US Bank Plaza, Suite 2600
St. Louis, MO 63101

Gerald B. Taylor, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
234 Commerce Street
Montgomery, AL 38104

Stephen R. Thomas
Moffatt, Thomas, Barrett, Rock
& Fields, Chtd.
P.O. Box 829
Boise, ID 83701

Craig K. Vernon
James, Vernon & Weeks
1875 North Lakewood Drive, #200
Coeur d'Alene, ID 83814

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street, Suite 2800
Kansas City, MO 64106-6251

Navan Ward, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Leila H. Watson
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue\, Suite 200
P.O. Box 55927
Birmingham, AL 35255-5972

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 50
Philadelphia, PA 19106

James L. Weisman
Weismann, Goldman, Bowen & Gross
310 Grant Street
Grant Bldg., Suite 420
Pittsburgh, PA 15219

Kent M. Williams
Giebel, Gilbert, Williams & Kohl
2233 North Hamlin Avenue, Suite 620
St. Paul, MN 55113

Kim A. Williams
Williamson & Williams
811 1st Avenue, Suite 620
Seattle, WA 98104

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Louis Buddy Yosha
Law Offices of Buddy Yosha
3500 West DePauw Blvd., Suite 2015
Indianapolis, IN 46268-1137