1

1      UNITED STATES DISTRICT COURT
2      EASTERN DISTRICT OF LOUISIANA
       NEW ORLEANS, LOUISIANA
3

4

5

6    IN RE:   VIOXX PRODUCTS          *    Docket MDL 1657-L
       LIABILITY LITIGATION           *
7                                     *    June 23, 2005
                                      *
8    * * * * * * * * * * * * * * *    *    9:30 a.m.

9

10

11              STATUS CONFERENCE BEFORE THE
                HONORABLE ELDON E. FALLON
12              UNITED STATES DISTRICT JUDGE

13   <u>APPEARANCES</u>:

14

15   For the Plaintiffs:        Seeger Weiss
                                BY:   CHRISTOPHER A. SEEGER, ESQ.
16                              One William Street
                                New York, New York 10004
17

18   For the Defendants:        Stone Pigman Walther Wittmann
                                BY:   PHILLIP A. WITTMANN, ESQ.
19                              546 Carondelet Street
                                New Orleans, Louisiana 70130
20

21   Official Court Reporter:   Toni Doyle Tusa, CCR
                                500 Poydras Street, Room B-406
22                              New Orleans, Louisiana 70130
                                (504) 589-7778
23

24

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer.

**EXHIBIT**

tabbies

**A**

1   with this issue in that fashion.  We have a confidentiality

2   agreement which will allow the defendants comfort to produce

3   certain information without fear that their future economic

4   security is in jeopardy.  The remand issues.

5          MR. SEEGER:  Judge, that's in the report.  You are

6   going to be dealing with remand motions as a group by

7   procedures that you will be setting up.

8          THE COURT:  Right.  This is always an issue which the

9   MDL Court has to look at.  The question is posed.  There are

10  various issues of remand in various cases throughout the

11  country.  Again, a significant advantage of the MDL concept is

12  some consistency.  The Rule of Law is really based on

13  consistency.  If different decisions are made by numerous

14  judges, then you have no consistency and no predictability and

15  no one knows exactly what to do or how to do it.  It's easier

16  if one court decides some of these matters than if 50 or 100

17  courts decide the matter.

18          I'm conscious of dealing with the remand as

19  quickly as possible, but I do want to get them all together,

20  look at them, see if I can group them in some way, and then

21  direct my attention on each particular group and deal with that

22  issue in a consistent and fair fashion for that group.  I will

23  be dealing with them as quickly as I can, but also with an idea

24  of having more consistency.  I'll be speaking about this

25  perhaps later on because I do have some concepts and ideas