IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW J. KEHOE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-425-MEF |
| ) | |
| MERCK & COMPANY, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This cause is before the court on the Motion by Defendant Merck & Co., Inc. to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. # 6) filed by the defendant on May 10, 2006. The court has carefully considered all submissions in support of and in opposition to this motion and found that the motion is due to be GRANTED. Accordingly, it is hereby

ORDERED that the motion is GRANTED.

It is further ORDERED that the above-styled action is STAYED pending a decision from the Panel on Multidistrict Litigation as to the propriety of a transfer.

DONE this the 20th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE



EXHIBIT
G

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES WAINE BAIRD and BEVERLY L. BAIRD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:05-cv-493-F |
| MERCK & COMPANY, INC., | ) ) | |
| Defendant. | ) | |

## **ORDER**

This cause is before the Court on Defendant Merck & Company's Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. #6), filed June 15, 2005. The Plaintiffs were given the opportunity to show cause why this case should not be stayed and did not respond. Therefore, in light of the arguments in support of the Motion and because there is no opposition, it is hereby

ORDERED that the Motion to Stay All Proceedings is GRANTED and this case is STAYED pending a final decision from the Panel on Multi-District Litigation on transfer of this case to the multi-district litigation proceeding.

DONE this 30th day of June, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

Case 3:06-cv-00476-MHT-SRW    Document 14-8    Filed 07/26/2006    Page 3 of 14

Case 2:05-cv-00880-SRW    Document 7    Filed 09/22/2005    Page 1 of 1
Case 2:05-cv-00880-SRW    Document 6-1    Filed 09/15/2005    Page 1 of 12

RECEIVED
2005 SEP 15

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| T. RAWDON BEATY, ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 2:05cv880-W |
| MERCK & CO., INC., a foreign ) Corporation, et al., ) | |
| Defendants. ) | Removed from the Circuit Court of Barbour County, Alabama |

## MOTION BY DEFENDANT MERCK & CO., INC. TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### INTRODUCTION

Defendant Merck & Co., Inc. ("Merck") moves this Court to stay all proceedings in this action pending its likely transfer to *In re VIOXX Prods. Liab. Litig.* MDL No. 1657, the Multidistrict Litigation ("MDL") proceeding that has been established in the Eastern District of Louisiana to coordinate all product liability cases involving alleged health risks from VIOXX® (hereinafter the "VIOXX® product liability cases") (*See* February 16, 2005 Transfer Order attached hereto as Exhibit A).

Merck promptly intends to provide notice to the Judicial Panel on Multidistrict Litigation (the "MDL Panel") pursuant to Rule 7.5 of the Rules of

**MOTION GRANTED**

THIS 22nd DAY OF September, 20 05

_____
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOE F. DONALSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-216-F |
| | ) |
| MERCK & CO., INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Joint Motion to Stay All Proceedings Pending Transfer (Doc. #7) filed on March 30, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this 31st day of March, 2005.

                                                                                /s/ Mark E. Fuller
                                                     CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA FLOURNOY, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05CV560-M |
| | ) | |
| | ) | |
| MERCK & CO., INC., a Foreign Corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On 15 June 2005, the defendant filed a Motion To Stay All Proceedings Pending Transfer Decision (Doc. # 13-4). For good cause, it is

ORDERED that the motion is GRANTED.

DONE this 23rd day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2005 FEB -4 P 3:59

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| SAMMY GILBREATH, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2'05CV103-W |
| MERCK & CO., INC., et al, | § | |
| Defendants. | § | |

**MOTION BY DEFENDANT MERCK & CO., INC. TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Defendant Merck & Co., Inc. ("Merck") moves this Court to stay all proceedings in this action pending resolution of Merck's motion before the Judicial Panel on Multidistrict Litigation (the "Panel") for transfer of this case, and numerous other cases with certain overlapping factual issues and similar legal theories, to a single court for coordinated pretrial management pursuant to 28 U.S.C. § 1407 (the "MDL motion").

In addition to Merck's MDL motion, more than two dozen different plaintiffs' counsel have filed papers seeking MDL coordination of their cases. All of those motions/requests were heard by the MDL Panel on January 27, 2005, at its meeting in Fort Myers, Florida. In addition to the 158 VIOXX® cases identified by the MDL Panel in its Hearing Session Order entered on December 14, 2004, Merck has notified the MDL Panel of approximately 195 additional VIOXX® cases pending in district courts throughout the United States.

Although the MDL Panel has not yet issued its ruling with respect to the *In re: VIOXX® Products Liability Litigation* (11 other cases were also set for oral argument on January 27, 2005), the MDL Panel typically issues its ruling within a reasonable time after oral argument,

**MOTION GRANTED**

THIS _4th_ DAY OF _February_, 20 _05_

_[signature]_

UNITED STATES MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

EMBRY WAYNE HESTER, etc.,   )
                            )
    Plaintiff,              )
                            )
                            )   CIVIL ACTION NO.
    v.                      )   2:06cv242-MHT
                            )
MERCK & CO., INC., a        )
New Jersey Corporation,     )
et al.,                     )
                            )
    Defendants.             )

ORDER

It is ORDERED as follows:

(1) The motion to stay (doc. no. 10) is granted.

(2) All proceedings in this case are stayed pending MDL transfer.

DONE, this the 24th day of April, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YOLANDA KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | )     2:05cv165-T |
| | )         (WO) |
| MERCK & COMPANY, INC., a | ) |
| foreign corporation, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

It is ORDERED that Merck & Co, Inc.'s motion to stay (Doc. No. 8) is granted and that this cause is stayed pending a decision by the MDL panel as to whether this case should be transferred to an MDL court.

DONE, this the 26th day of April, 2005.

         /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL ROUNTREE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV185-F |
| | ) | |
| MERCK & CO., INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For good cause, it is

ORDERED that the Motion To Stay All Proceedings Pending Transfer Decision, filed on March 2005 (Doc. # ), is GRANTED. It is therefore further

ORDERED that proceedings in this case shall be stayed pending transfer to the proceeding established in the United States District Court for the Eastern District of Louisiana for multi-district litigation of this dispute.

DONE this 29th day of March, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FAYE SOUTHERLAND, etc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:05cv-039-A |
| ) | |
| MERCK AND COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the Joint Stipulation of the Parties (Doc. #11), filed on February 16, 2005, it is hereby

ORDERED that the Defendant's Motion to Stay (Doc. #5) is GRANTED, and this case is STAYED pending resolution of the Defendant's Motion for Transfer pending before the MDL Panel.

DONE this 17th day of February, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2005 FEB 11  P 4:02

ERNESTINE T. STEVENS, )
  )
  Plaintiff, )
  ) CASE NO 2:05cv135-F
v )
  )
MERCK & CO., INC., et al, )
  )
  Defendant )
  )

## MOTION BY DEFENDANT MERCK & CO., INC. TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Defendant Merck & Co., Inc. ("Merck") moves this Court to stay all proceedings in this action pending resolution of Merck's motion before the Judicial Panel on Multidistrict Litigation (the "Panel") for transfer of this case, and numerous other cases with certain overlapping factual issues and similar legal theories, to a single court for coordinated pretrial management pursuant to 28 U.S.C. § 1407 (the "MDL motion")

In addition to Merck's MDL motion, more than two dozen different plaintiffs' counsel have filed papers seeking MDL coordination of their cases. All of those motions/requests were heard by the MDL Panel on January 27, 2005, at its meeting in Fort Myers, Florida. In addition to the 158 VIOXX® cases identified by the MDL Panel in its Hearing Session Order entered on December 14, 2004, Merck has notified the MDL Panel of approximately 195 additional VIOXX® cases pending in district courts throughout the United States.

Although the MDL Panel has not yet issued its ruling with respect to the *In re: VIOXX® Products Liability Litigation* (11 other cases were also set for oral argument on January 27, 2005), the MDL Panel typically issues its ruling within a reasonable time after oral argument,

**MOTION GRANTED**

THIS 16th DAY OF February, 2005

_[signature]_
UNITED STATES MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| PAUL TURNER, SR., on his own behalf and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., a corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      CIVIL ACTION NO.<br>        1:04cv999-T |

ORDER

It is ORDERED that the consent motion to stay all proceedings (Doc. No. 7) is granted and this cause is stayed pending MDL transfer.

DONE, this the 22nd day of November, 2004.

                           /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HAROLD WALLACE, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:04cv1199-W |
| | ) |
| MERCK & CO., INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of defendant's motion to stay filed January 11, 2005 and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Counsel for defendant is DIRECTED to notify the court in writing when the motion before the Panel has been resolved.

DONE, this 13th day of January, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOE B. WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-32-F |
| | ) | |
| MERCK & COMPANY, INC. and ED RICHARDS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This cause is before the Court on defendant Merck & Company's Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation (Doc. 5), filed January 12, 2005. The plaintiff was given the opportunity to show cause why this case should not be stayed and did not respond. Therefore, in light of the arguments in support of the motion and because there is no opposition, it is hereby

ORDERED that the Motion to Stay All Proceedings is GRANTED and this case is STAYED pending a final decision from the Panel on Multi-District Litigation on transfer of this case to the multi-district litigation proceeding.

DONE this 9th day of February, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE