IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROSEMARY LEVERETT, Individually, and as Executrix of the Estate of HUGH ROBERT LEVERETT, deceased, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | |
| MERCK & CO., INC., a foreign Corporation; ANNE BRANDON, an Individual; LAMONDE RUSSELL, an Individual; and fictitious defendants A, B, C & D, being those persons, firms or Corporations whose fraud, scheme to defraud, and/or other wrongful conduct caused or contributed to the Plaintiff's injuries and damages, and whose true names and identities are presently unknown to Plaintiff, but will be substituted by amendment when ascertained, | * * * * * * * * * * * * * | CV: _____ |
| Defendants. | * | |

## DECLARATION OF LAMONDE RUSSELL

1.    My name is Lamonde Russell. I am over twenty-one years of age, am of sound mind, and am competent to make this Declaration. This Declaration is based upon my personal knowledge.

2.    At no time did I ever provide Vioxx® ("Vioxx") or information concerning Vioxx directly to Rosemary Leverett or Hugh Robert Leverett.

3.    I am not a physician and accordingly have never prescribed Vioxx. I am also not a pharmacist and I have therefore never filled a Vioxx prescription as a pharmacist. The information that I used during the course of my employment was



provided to me by my employer. Specifically, Merck provided me with the FDA-approved prescribing information and the other information I used in speaking with physicians regarding Vioxx. I had no involvement in the development or preparation of prescribing information for Vioxx, and did not have responsibility for the content or other written warnings concerning Vioxx contained in other information provided to me by my employer. I was not expected, as a Professional Representative, to conduct independent research regarding drugs I detailed. I was not expected to review independent scientific studies published in journals unless Merck supplied them to me.

4.    At no time did I have any involvement at all with the manufacture, development, or testing of Vioxx. The physicians with whom I dealt and on whom I called in my job were highly skilled professionals. They were, in my judgment and to the best of my knowledge, in a better position than I to make determinations concerning prescribing Vioxx. I had no dealings at all at any time with any patients of any of the physicians on whom I called regarding Vioxx, and had no knowledge or information of any of those patients' medical histories, symptoms, prognoses, or courses of treatment.

5.    At no time did I ever sell, offer to sell, or take orders for the sale of Vioxx to patients. Physicians upon whom I would call would write their prescriptions for Vioxx based upon their own independent medical knowledge and judgment, and I would not have direct knowledge of any specific prescriptions these physicians may have written for individual patients including, but not limited to, Rosemary Leverett or Hugh Robert Leverett.

6.    I understand that the Plaintiff has identified Hugh Robert Leverett's prescribing physician as Dr. Robert Schuster of 301 Mariarden Road,

Dadeville, Alabama ("Dr. Schuster").  I have never called on Dr. Schuster regarding Vioxx.

7.    I have never promoted or detailed Vioxx in Tallapoosa County, Alabama.

8.    I never participated in, nor was I ever instructed or trained, nor did I ever receive any materials relating to any "Dodgeball program."

9.    I have never met nor spoken with Rosemary Leverett or Hugh Robert Leverett.

10.    I have never made any presentations to the general public regarding Vioxx.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 24, 2006.

_Lamonde Russell_
Lamonde Russell

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ROSEMARY LEVERETT, Individually,   *
and as Executrix of the Estate of       *
HUGH ROBERT LEVERETT, deceased, *
                                         *

          Plaintiffs,         *

v.                             *
                                         *

MERCK & CO., INC., a foreign      *
Corporation; ANNE BRANDON, an    *
Individual; LAMONDE RUSSELL, an  *   CV: _____
Individual; and fictitious defendants   *
A, B, C & D, being those persons, firms  *
or Corporations whose fraud, scheme to  *
defraud, and/or other wrongful conduct  *
caused or contributed to the Plaintiff's  *
injuries and damages, and whose true   *
names and identities are presently     *
unknown to Plaintiff, but will be       *
substituted by amendment when      *
ascertained,                       *
                                         *

          Defendants.      *

## DECLARATION OF ANNE BRANDON

1.     My name is Anne Brandon. I am over twenty-one years of age, am

of sound mind, and am competent to make this Declaration. This Declaration is based

upon my personal knowledge.

2.     At no time did I ever provide Vioxx® ("Vioxx") or information

concerning Vioxx directly to Rosemary Leverett or Hugh Robert Leverett.

3.     I am not a physician and accordingly have never prescribed Vioxx.

I am also not a pharmacist and I have therefore never filled a Vioxx prescription as a

pharmacist. The information that I used during the course of my employment was

provided to me by my employer. Specifically, Merck provided me with the FDA-approved prescribing information and the other information I used in speaking with physicians regarding Vioxx. I had no involvement in the development or preparation of prescribing information for Vioxx, and did not have responsibility for the content or other written warnings concerning Vioxx contained in other information provided to me by my employer. I was not expected, as a Professional Representative, to conduct independent research regarding drugs I detailed. I was not expected to review independent scientific studies published in journals unless Merck supplied them to me.

4.    At no time did I have any involvement at all with the manufacture, development, or testing of Vioxx. The physicians with whom I dealt and on whom I called in my job were highly skilled professionals. They were, in my judgment and to the best of my knowledge, in a better position than I to make determinations concerning prescribing Vioxx. I had no dealings at all at any time with any patients of any of the physicians on whom I called regarding Vioxx, and had no knowledge or information of any of those patients' medical histories, symptoms, prognoses, or courses of treatment.

5.    At no time did I ever sell, offer to sell, or take orders for the sale of Vioxx to patients. Physicians upon whom I would call would write their prescriptions for Vioxx based upon their own independent medical knowledge and judgment, and I would not have direct knowledge of any specific prescriptions these physicians may have written for individual patients including, but not limited to, Rosemary Leverett or Hugh Robert Leverett.

6.    I understand that the Plaintiff has identified Hugh Robert Leverett's prescribing physician as Dr. Robert Schuster of 301 Mariarden Road,

Dadeville, Alabama ("Dr. Schuster").  I have never called on Dr. Schuster regarding Vioxx.

7.      I have never promoted or detailed Vioxx in Tallapoosa County, Alabama.

8.      I never participated in, nor was I ever instructed or trained, nor did I ever receive any materials relating to any "Dodgeball program."

9.      I have never met nor spoken with Rosemary Leverett or Hugh Robert Leverett.

10.      I have never made any presentations to the general public regarding Vioxx.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14, 2006.

Anne Brandon