IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ROSEMARY LEVERETT, etc., )<br>     )<br>    Plaintiff, )<br>     )<br>    v. )<br>     )<br>MERCK & CO., INC., et al., )<br>     )<br>    Defendants. ) | CIVIL ACTION NO.<br>3:06cv476-MHT |

## ORDER

It is ORDERED that the motion to expedite ruling (doc. no. 12) is denied.

DONE, this the 27th day of July, 2006.

                       /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE