IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **ROSEMARY LEVERETT, etc.,** )<br>)<br>Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv476-MHT |
| ) | |
| **MERCK & CO., INC., et al.,** )<br>)<br>Defendants. ) | |

### ORDER

It is ORDERED that the motion to stay (doc. no. 2) is granted and this lawsuit is stayed pending MDL transfer. Whether defendant sales representatives even called on the prescribing physician and thus whether they could have made misrepresentations to the prescribing physician will require discovery which is best resolved after transfer.

DONE, this the 27th day of July, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**