**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 14, 2006

# NOTICE OF MDL TRANSFER

```
Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras St., Room C-151
New Orleans, LA 70130

Re:  In Re: MDL 1657 Vioxx Products Liability Litigatin
     USDC/MDAL Civil Action No. 3:06cv476-MHT-SRW
     Rosemary Leverett vs. Merck & Co., Inc., et al

Dear Clerk:

The referenced case is being transferred to your court pursuant
to the Conditional Transfer Order entered by the Judicial Panel
on Multi-District Litigation on 10/18/2006. As requested in your
e-mail, the case is being transferred electronically.  The
following documents are being sent in PDF format to the email
address provided in your request: complaint, the docket sheet,
and the MDL Transfer Order.
```

**ALL FUTURE PLEADINGS SHOULD BE FILED IN THE EASTERN DISTRICT OF LOUISIANA.**